WOLLMAN, Circuit Judge,
concurring and dissenting.
I agree that in light of the holding in Alleyne, the district court committed plain error in finding that Lara-Ruiz had brandished the firearm. As the majority opinion points out, however, the district court expressly stated that the ultimate sentence would be the same even if it had determined that only the five-year mandatory minimum applied. Accordingly, I would affirm the sentence under the harmless error doctrine. See, e.g., U.S. v. Grimes, 702 F.3d 460, 470 (8th Cir.2012); U.S. v. Miller, 557 F.3d 910, 916-17 (8th Cir.2009); and U.S. v. Pirani, 406 F.3d 543, 552-53 (8th Cir.2005) (en banc).
If on remand the district court imposes a lesser sentence, I will be quick to acknowledge my error in not concurring fully in the majority opinion.